REBECCA SMITH v. THE STATE.

No. 8634.    Decided April 9, 1924.

**Theft—Argument of Counsel—Statement of Facts.**

Where, upon trial of misdemeanor theft, during the argument of the assistant district attorney, he said, "From the way she operated this defendant is a professional shoplifter" to which objection was raised, *held* that in the absence of a statement of facts it cannot be determined whether there was error, and the judgment must be affirmed.

Appeal from the County Court of Tarrant. Tried below before the Honorable P. W. Seward.

Appeal from a conviction of theft; penalty, ten days confinement in the county jail, and a fine of $25.00.

The opinion states the case.

No brief on file for appellant.

*Tom Garrard,* Attorney for the State and *Grover C. Morris,* Assistant Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for misdemeanor theft with a punishment of ten days in the county jail and a fine of $25.

There were no objections to the court's charge and the record is without a statement of facts. Only one bill of exceptions is found in the record. During the argument of the assistant district attorney he said:

"From the way she operated this defendant is a professional shoplifter."

Objection was interposed to this argument because inflammatory and not supported by the evidence. In the absence of the facts proven it is impossible for us to appraise the worth of this bill. It appears that the prosecuting officer was stating his conclusion and without the facts we must assume that the conclusion was drawn from the evidence.

No error appearing from the record, and affirmance of the judgment is ordered.

*Affirmed.*